## OWENS–CORNING FIBERGLAS CORP., Relator,

v.

## Hon. Neil CALDWELL, Judge of the 23rd District Court of Brazoria County, Respondent.

No. D–0882.

Supreme Court of Texas.

June 19, 1991.

Frank M. Bean, Kevin F. Risley, Thomas W. Taylor, Elizabeth M. Thompson, Houston, Laurence H. Tribe–Cambridge, Mass., Ruby Kless Sondock, Houston, Peter J. Rubin, Cambridge, Mass., for relator.

Lawrence Madeksho, Robert E. Ballard, Houston, for respondent.

PER CURIAM.

In this original mandamus proceeding relator seeks review of sanctions imposed by respondents for abuse of discovery. 807 S.W.2d 413 (Tex.App.1991). We believe that the trial court should have the opportunity to reconsider the rulings of which relator complains in this proceeding in light of our opinion today in *Braden v. Downey*, 811 S.W.2d 922 (Tex.1991). Accordingly, we vacate our order staying proceedings and deny leave to file this petition for writ of mandamus, without addressing its merits and without prejudice to relator again requesting relief from the court of appeals and this Court after the trial court has had an opportunity to reconsider its rulings.

## Ex parte Juan PERALES, Relator.

No. D–1063.

Supreme Court of Texas.

Sept. 5, 1991.

ORDER

On petition for writ of habeas corpus of relator Juan Perales, the Court has reviewed the proceedings in which relator was adjudged to be in contempt of court and concluded that the trial court erred in finding relator in contempt in absentia. *Ex parte Johnson*, 654 S.W.2d 415 (Tex.1983). Writ of habeas corpus having previously been issued to release relator on bond, relator is now ordered discharged. TEX.R.APP. P. 122.